**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOSEPH D. LACY, JR.**                                                                                    **PLAINTIFF**

**v.**                                     **Case No. 4:19-cv-00130-KGB**

**RYDER TRUCK RENTAL, INC.**                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that defendant Ryder Truck Rental, Inc.'s ("Ryder") motion for summary judgment is granted. Judgment is entered in favor of Ryder.  The relief requested by plaintiff Joseph D. Lacy, Jr. is denied.

So adjudged this 12th day of November, 2021.

_____
Kristine G. Baker
United States District Judge